# United States District Court
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.<br><br>V.<br><br>RYAN McCLURE EXCAVATION, INC.    E-filing | **SUMMONS IN A CIVIL CASE**<br><br>CASE NUMBER:<br><br>C08-02403<br><br>BZ |

TO: (Name and address of defendant)

Ryan McClure Excavation, Inc.
419 Hodson Road
Copperopolis, CA 95228

ADR

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Shaamini A. Babu, Esq.
Saltzman & Johnson Law Corporation
44 Montgomery Street, Suite 2110
San Francisco, CA 94104

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK
JESSIE MOSLEY

MAY - 9 2008
DATE_____

_____
(BY) DEPUTY CLERK