Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
Shaamini A. Babu, Esq. (SBN 230704)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287–Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com
sbabu@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| GIL CROSTHWAITE, et al. as Trustees of the OPERATING ENGNEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> RYAN McCLURE EXCAVATION, INC., <br><br> Defendant. | Case No.: C08-2403 BZ <br><br> **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE** <br> and <br> **REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: May 12, 2008                               Respectfully submitted,
                                                  SALTZMAN & JOHNSON LAW CORPORATION

                                                  /s/
                                                  _____
                                                  Muriel B. Kaplan
                                                  Attorneys for Plaintiffs

-1-
**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**
**Case No.: C08-2403 BZ**

P:\CLIENTS\OE3CL\Ryan McClure Excavation\Pleadings\Complaint\C08-2403 BZ Magistrate Declination 051908.DOC

## PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On May 19, 2008, I served the following document(s):

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**
**and**
**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

**Ryan McClure Excavation, Inc.**
**419 Hodson Road**
**Copperopolis, California 95228**

**Ryan McClure**
**Ryan McClure Excavation, Inc.**
**P.O. Box 88**
**Cooperopolis, CA 95228**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 19th day of May, 2008 at San Francisco, California.

_____/s/_____
Diana Sage

-2-
**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**
**Case No.: C08-2403 BZ**

P:\CLIENTS\OE3CL\Ryan McClure Excavation\Pleadings\Complaint\C08-2403 BZ Magistrate Declination 051908.DOC