1  Muriel B. Kaplan, Esq. (SBN 124607)
   Michele R. Stafford, Esq. (SBN 172509)
2  Shaamini A. Babu, Esq. (SBN 230704)
   SALTZMAN & JOHNSON LAW CORPORATION
3  44 Montgomery Street, Suite 2110
   San Francisco, CA 94104
4  (415) 882-7900
   (415) 882-9287–Facsimile
5  mkaplan@sjlawcorp.com
   mstafford@sjlawcorp.com
6  sbabu@sjlawcorp.com

7  Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| GIL CROSTHWAITE, et al. as Trustees of the OPERATING ENGNEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>RYAN McCLURE EXCAVATION, INC.,<br><br>Defendant. | Case No.: C08-2403 JSW<br><br>**PROOF OF SERVICE** |

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On May 22, 2008, I served the following document(s):

**REASSIGNMENT ORDER**

**ORDER SETTING CASE MANAGEMENT CONFERENCE AND REQUIRING JOINT CASE MANAGEMENT CONFERENCE STATEMNT**

///

-1-
PROOF OF SERVICE
Case No.: C08-2403 JSW

P:\CLIENTS\OE3CL\Ryan McClure Excavation\Pleadings\C08-2403 JSW Proof of Service 052208.DOC

1  on the interested parties in said action by placing a true and exact copy of each document in a
2  sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San
3  Francisco, California, addressed as follows:

    **Ryan McClure Excavation, Inc.**    **Ryan McClure**
    **419 Hodson Road**    **Ryan McClure Excavation, Inc.**
    **Copperopolis, California 95228**    **P.O. Box 88**
        **Cooperopolis, CA 95228**

    I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 22nd day of May, 2008 at San Francisco, California.

                        _____/s/_____
                                  Vanessa de Fábrega