Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
Shaamini A. Babu, Esq. (SBN 230704)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com
sbabu@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, et al. as Trustees of the OPERATING ENGNEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>RYAN McCLURE EXCAVATION, INC.,<br><br>Defendant. | Case No.: C08-2403 JSW<br><br>**PROOF OF SERVICE RE SUMMONS;**<br><br>**DECLARATION RE DILIGENCE TO EFFECT PERSONAL SERVICE;**<br><br>**PROOF OF SERVICE BY MAIL** |

///

///

///

///

///

///

///

**PROOF OF SERVICE OF SUMMONS**
**Case No.: C08-2403 JSW**

P:\CLIENTS\OE3CL\Ryan McClure Excavation\Pleadings\C08-2403 JSW Proof of Service of Summons 061008.DOC

| ATTORNEY NAME<br>Muriel B. Kaplan (SBN 124607)<br><br>Saltzman & Johnson Law Corporation<br>44 Montgomery Street, Suite 2110<br>San Francisco, CA 94104<br><br>ATTORNEY FOR **PLAINTIFFS** | TELEPHONE NO.<br>(415) 882-7900 |
|---|---|

| COURT<br>UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |
|---|

| SHORT NAME OF CASE<br>OE3 v. Ryan McClure Exc. |
|---|

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C08-2403 BZ |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of 18 years and not a party to this action:

I served the:
Summons; Complaint; Dispute Resolution Procedures in the Northern District of California; Order Setting Initial Case Management Conference and ADR Deadlines; Standing Orders; Alternative Dispute Resolution (ADR) Package; Notice of Assignment of Case to a United States Magistrate Judge for Trial, Consent, Declination; ECF Registration Handout.

**Name: Ryan McClure Excavation, Inc.**

**Date of Delivery:** 5/28/08
**Time of Delivery:** 5:45 pm

**Place of Service:**    419 Hodson Road
                        Copperopolis, CA 95228

**Manner of Service:** Personal Service – by handing documents to John Doe, a person who appeared to be in charge, at the office location (property) of Ryan McClure Excavation, Inc.

---

ADOPTED JUDICIAL COUNCIL FORM, RULE 982 (A) (23)    I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on May 29th, 2008 in San Francisco California.

Godspeed Courier Services, Inc.
2130 Folsom St.
San Francisco, CA 94110
(415) 821-1000

Signature: _____
Name: Shawn Yackle
Title: RPS, San Francisco #999

# PROOF OF SERVICE

| ATTORNEY NAME<br>MURIEL B. KAPLAN (SBN 124607)<br>SALTZMAN & JOHNSON LAW CORPORATION<br>120 HOWARD STREET, #520<br>SAN FRANCISCO, CA 94105 | TELEPHONE NO.<br>(415) 882-7900 |
|---|---|
| ATTORNEY FOR **Plaintiffs** | |
| COURT<br>UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | |
| SHORT NAME OF CASE<br>OE3 v. Ryan McClure Exc. | |

| **DECLARATION RE DILIGENCE TO EFFECT PERSONAL SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C08-2403 BZ |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of 18 years and not a party to this action. I received the within process on May 12th, 2008 and that after due and diligent effort, I have been unable to effect personal service on the within named: **Ryan McClure Excavation Inc.**

**Business Address:** 419 Hodson Road
Copperopolis, California 95228

**Dates and Times Attempted:**

05/12/08 at 4:30 p.m. – Gate to property was locked. Construction equipment on property, but no other vehicles. Nobody seen working or near the two buildings in the distance. I called two different numbers for Ryan McClure Excavation and got voicemail only.

05/23/08 at 1:30 p.m. – No one on property to speak with. Spoke to a a blonde woman near the location and she confirmed that the two buildings on the property were the residence and office of Ryan McClure. She knew of him and was able to give me a cell phone number. I called the number and received voicemail.

05/28/08 at 5:45 p.m. – Inside the office building on the property where Service was previously attempted, I was able to sub serve the documents to a man who would not identify himself as Ryan McClure, by handing them to him. His voice was the same as that on the voicemail for Ryan McClure.

Godspeed Courier Service
210 Folsom St.
San Francisco, CA 94110
(415) 821-1000

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed
On: June 4th, 2008
At: San Francisco, California

Signature _____
Name: Shawn Yackle
Title: Registered Process Server
County: San Francisco
Number: 999

Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
Shaamini A. Babu, Esq. (SBN 230704)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com
sbabu@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| GIL CROSTHWAITE, et al. as Trustees of the OPERATING ENGNEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>RYAN McCLURE EXCAVATION, INC.,<br><br>Defendant. | Case No.: C08-2403 JSW<br><br>**PROOF OF SERVICE** |

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On June 3, 2008, I served the following document(s):

1)   SUMMONS;

2)   COMPLAINT;

-1-
**PROOF OF SERVICE**
Case No.: C08-2403 JSW

3)   DISPUTE RESOLUTION PROCEDURES in the NORTHERN DISTRICT of CALIFORNIA;

4)   ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;

5)   STANDING ORDERS;

6)   INSTRUCTIONS FOR COMPLETION OF ADR FORMS REGARDING SELECTION OF AN ADR PROCESS; STIPULATION AND [PROPOSED ORDER] SELECTING ADR PROCESS; NOTICE OF NEED FOR ADR PHONE CONFERENCE; ADR CERTIFICATION BY PARTIES AND COUNSEL;

7)   NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; CONSENT; DECLINATION;

8)   ECF REGISTRATION INFORMATION HANDOUT.

9)   PROOF OF SERVICE dated May 28, 2008

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

**Ryan McClure Excavation, Inc.**
**419 Hodson Road**
**Copperopolis, California 95228**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 3rd day of June, 2008 at San Francisco, California.

_____
Diana Sage

-2-
PROOF OF SERVICE
Case No.: C08-2403 JSW

P:\CLIENTS\OE3CL\Ryan McClure Excavation\Pleadings\C08-2403 JSW POS 060308.DOC