Muriel B. Kaplan, Esq. (SBN 124607)
Shaamini A. Babu, Esq. (SBN 230704)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
sbabu@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, et al., | Case No.: C08-2403 JSW |
| Plaintiffs, <br> v. | **REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |
| RYAN McCLURE EXVACATION, INC. <br><br> Defendant. | Date:   August 29, 2008 <br> Time:  1:30 p.m. <br> Ctrm:  2, 17th Floor <br> Judge:  The Honorable Jeffrey S. White |

Saltzman & Johnson Law Corporation is counsel for Plaintiffs GIL CROSTHWAITE, et al. ("Plaintiffs"). Defendant has not yet appeared in this action.

Plaintiffs' counsel and Defendant's counsel are engaged in settlement discussions and are attempting to resolve the dispute between the parties regarding the balance owed by the Defendant to Plaintiffs. Plaintiffs anticipate that Defendant will either provide payment in the sum agreed to by the parties or enter into a stipulated judgment. In the event that settlement negotiations are unsuccessful, Defendant will file an Answer to Plaintiffs' Complaint.

Plaintiffs therefore, respectfully request that the Case Management Conference, currently scheduled for August 29, 2008, be continued for approximately sixty (60) days to allow the parties ample opportunity to resolve their differences. It is furthermore requested that all previously set deadlines and dates related to this case be continued as well.

**REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**
**Case No.: C08-02403 JSW**

P:\CLIENTS\OE3CL\Ryan McClure Excavation\Pleadings\C08-2403 JSW CMC Continuation Request 082108.DOC

1  I declare under penalty of perjury that I am the attorney for the plaintiffs in the above
2  entitled action, and that the foregoing is true of my own knowledge.
3  Executed this 21st day of August, 2008, at San Francisco, California.

4           SALTZMAN & JOHNSON
            LAW CORPORATION
5

6           By: _____/s/_____
7               Shaamini A. Babu
                Attorneys for Plaintiffs
8

9  IT IS SO ORDERED.

10  The currently set Case Management Conference is hereby continued to
11  _____ at _____. All related deadlines are extended accordingly.
12

13

14  Date: _____        _____
15                                       United States District Court Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

**REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**
**Case No.: C08-02403 JSW**

P:\CLIENTS\OE3CL\Ryan McClure Excavation\Pleadings\C08-2403 JSW CMC Continuation Request 082108.DOC

## PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On August 21, 2008, I served the following document(s):

**REQUEST FOR CONTINUANCE OF
CASE MANAGEMENT CONFERENCE**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

> **Ryan McClure Excavation, Inc.
> 419 Hodson Road
> Copperopolis, California 95228**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 21st day of August, 2008, at San Francisco, California.



_____/s/_____
Vanessa de Fábrega

**REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE
Case No.: C08-02403 JSW**

P:\CLIENTS\OE3CL\Ryan McClure Excavation\Pleadings\C08-2403 JSW CMC Continuation Request 082108.DOC