1  Muriel B. Kaplan, Esq. (SBN 124607)
   Shaamini A. Babu, Esq. (SBN 230704)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, CA 94104
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mkaplan@sjlawcorp.com
5  sbabu@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8

9              UNITED STATES DISTRICT COURT

10          FOR THE NORTHERN DISTRICT OF CALIFORNIA

11 | GIL CROSTHWAITE, et al.,              | Case No.: C08-2403 JSW
12 |         Plaintiffs,                   | **REQUEST FOR CONTINUANCE OF**
   | v.                                    | **CASE MANAGEMENT CONFERENCE**
13 |                                       |
   | RYAN McCLURE EXVACATION, INC.         | Date:  August 29, 2008
14 |                                       | Time:  1:30 p.m.
   |         Defendant.                    | Ctrm:  2, 17th Floor
15 |                                       | Judge: The Honorable Jeffrey S. White

16

17         Saltzman & Johnson Law Corporation is counsel for Plaintiffs GIL CROSTHWAITE, et

18  al. ("Plaintiffs").  Defendant has not yet appeared in this action.

19         Plaintiffs' counsel and Defendant's counsel are engaged in settlement discussions and are

20  attempting to resolve the dispute between the parties regarding the balance owed by the Defendant

21  to Plaintiffs.  Plaintiffs anticipate that Defendant will either provide payment in the sum agreed to

22  by the parties or enter into a stipulated judgment.  In the event that settlement negotiations are

23  unsuccessful, Defendant will file an Answer to Plaintiffs' Complaint.

24         Plaintiffs therefore, respectfully request that the Case Management Conference, currently

25  scheduled for August 29, 2008, be continued for approximately sixty (60) days to allow the parties

26  ample opportunity to resolve their differences.  It is furthermore requested that all previously set

27  deadlines and dates related to this case be continued as well.

28

**REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**
**Case No.: C08-02403 JSW**

1   I declare under penalty of perjury that I am the attorney for the plaintiffs in the above
2   entitled action, and that the foregoing is true of my own knowledge.
3   Executed this 21st day of August, 2008, at San Francisco, California.

4   SALTZMAN & JOHNSON
    LAW CORPORATION
5

6   By: _____/s/_____
7       Shaamini A. Babu
        Attorneys for Plaintiffs
8

9   IT IS SO ORDERED.

10  The currently set Case Management Conference is hereby continued to
11  _____ at _____. All related deadlines are extended
    accordingly.
12

13

14  Date: _____    _____
15                                   United States District Court Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

**REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**
**Case No.: C08-02403 JSW**

P:\CLIENTS\OE3CL\Ryan McClure Excavation\Pleadings\C08-2403 JSW CMC Continuation Request 082108.DOC

<u>PROOF OF SERVICE</u>

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On August 21, 2008, I served the following document(s):

**REQUEST FOR CONTINUANCE OF
CASE MANAGEMENT CONFERENCE**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

> **George A. Guthrie, Esq.
> Murphy, Campbell, Guthrie & Alliston
> 8801 Folsom Blvd., Suite 230
> Sacramento, California 95826**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 21st day of August, 2008, at San Francisco, California.

```
              _____/s/_____
                      Vanessa de Fábrega
```

**REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE
Case No.: C08-02403 JSW**

P:\CLIENTS\OE3CL\Ryan McClure Excavation\Pleadings\C08-2403 JSW CMC Continuation Request 082108.DOC