Muriel B. Kaplan, Esq. (SBN 124607)
Shaamini A. Babu, Esq. (SBN 230704)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
sbabu@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, et al., | Case No.: C08-2403 JSW |
| Plaintiffs, | **REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE** AND ORDER THEREON |
| v. | Date:  August 29, 2008 |
| RYAN McCLURE EXVACATION, INC. | Time:  1:30 p.m. |
| Defendant. | Ctrm:  2, 17th Floor |
| | Judge: The Honorable Jeffrey S. White |

Saltzman & Johnson Law Corporation is counsel for Plaintiffs GIL CROSTHWAITE, et al. ("Plaintiffs").  Defendant has not yet appeared in this action.

Plaintiffs' counsel and Defendant's counsel are engaged in settlement discussions and are attempting to resolve the dispute between the parties regarding the balance owed by the Defendant to Plaintiffs.  Plaintiffs anticipate that Defendant will either provide payment in the sum agreed to by the parties or enter into a stipulated judgment.  In the event that settlement negotiations are unsuccessful, Defendant will file an Answer to Plaintiffs' Complaint.

Plaintiffs therefore, respectfully request that the Case Management Conference, currently scheduled for August 29, 2008, be continued for approximately sixty (60) days to allow the parties ample opportunity to resolve their differences.  It is furthermore requested that all previously set deadlines and dates related to this case be continued as well.

1  I declare under penalty of perjury that I am the attorney for the plaintiffs in the above
2  entitled action, and that the foregoing is true of my own knowledge.
3  Executed this 21st day of August, 2008, at San Francisco, California.

SALTZMAN & JOHNSON
LAW CORPORATION


By: _____/s/_____
Shaamini A. Babu
Attorneys for Plaintiffs


IT IS SO ORDERED.

The currently set Case Management Conference is hereby continued to October 31, 2008 at 1:30 p.m. All related deadlines are extended accordingly.


Date: August 22, 2008                    _____/s/ Jeffrey S. White_____
United States District Court Judge

**REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**
**Case No.: C08-02403 JSW**

P:\CLIENTS\OE3CL\Ryan McClure Excavation\Pleadings\C08-2403 JSW CMC Continuation Request 082108.DOC