1  Muriel B. Kaplan, Esq. (SBN 124607)
   Shaamini A. Babu, Esq. (SBN 230704)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, CA 94104
   (415) 882-7900
4  (415) 882-9287–Facsimile
   mkaplan@sjlawcorp.com
5  sbabu@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8

9
                        UNITED STATES DISTRICT COURT
10
                    FOR THE NORTHERN DISTRICT OF CALIFORNIA
11

12 | GIL CROSTHWAITE, et al.,              | Case No.: C08-2403 JSW
13 |         Plaintiffs,                    | **PROOF OF SERVICE**
   | v.                                     |
14 |                                        |
   | RYAN McCLURE EXVACATION, INC..         |
15 |                                        |
   |         Defendant.                     |
16

17       I, the undersigned, declare:

18       I am a citizen of the United States and am employed in the County of San Francisco, State

19 of California.  I am over the age of eighteen and not a party to this action.  My business address is

20 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

21
         On August 22, 2008, I served the following document(s):
22
                              **ORDER on**
23                  **REQUEST FOR CONTINUANCE OF**
                    **CASE MANAGEMENT CONFERENCE**
24

25 on the interested parties in said action by placing a true and exact copy of each document in a

26 sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San

27 Francisco, California, addressed as follows:

28

**PROOF OF SERVICE**
**Case No.: C08-02403 JSW**

P:\CLIENTS\OE3CL\Ryan McClure Excavation\Pleadings\C08-2403 JSW Proof of Service 082208.DOC

1  **George A. Guthrie, Esq.**
2  **Murphy, Campbell, Guthrie & Alliston**
   **8801 Folsom Blvd., Suite 230**
3  **Sacramento, California 95826**

4  I declare under penalty of perjury that the foregoing is true and correct and that this

5  declaration was executed on this 22nd day of August, 2008, at San Francisco, California.

6

7
                              _____/s/_____
8                                    Vanessa de Fábrega