Muriel B. Kaplan, Esq. (SBN 124607)
Shaamini A. Babu, Esq. (SBN 230704)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287–Facsimile
mkaplan@sjlawcorp.com
sbabu@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, et al., | Case No.: C08-2403 JSW |
| Plaintiffs, | **REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND ORDER THEREON** |
| v. | Date: October 31, 2008 |
| RYAN McCLURE EXVACATION, INC. | Time: 1:30 p.m. |
| Defendant. | Ctrm: 2, 17th Floor |
| | Judge: The Honorable Jeffrey S. White |

Saltzman & Johnson Law Corporation is counsel for Plaintiffs GIL CROSTHWAITE, et al. ("Plaintiffs"). Defendant Ryan McClure Excavation, Inc. ("Defendant") has not yet appeared in this action.

In July 2008, Defendant's counsel provided documents related to this action to Plaintiffs' counsel. After analyzing said documents, Plaintiffs' counsel requested additional documents in October 2008 which are believed to be in Defendant's possession. Defendant is currently in the process of compiling further relevant information and documents. The parties expect that the additional documents will assist in resolving the dispute between the parties regarding the balance owed by the Defendant to Plaintiffs. Plaintiffs anticipate that Defendant will either provide payment in a sum agreed to by the parties or enter into a stipulated judgment.

Plaintiffs therefore, respectfully request that the Case Management Conference, currently scheduled for October 31, 2008, be continued for approximately sixty (60) days to allow the

1  parties ample opportunity to resolve their differences.  It is furthermore requested that all

2  previously set deadlines and dates related to this case be continued as well.

3      I declare under penalty of perjury that I am the attorney for the plaintiffs in the above

4  entitled action, and that the foregoing is true of my own knowledge.

5      Executed this 24th day of October, 2008, at San Francisco, California.

6                                  SALTZMAN & JOHNSON
                                    LAW CORPORATION
7

8

9                                  By: _____/s/_____

10                                     Shaamini A. Babu
                                       Attorneys for Plaintiffs
11

12                                 MURPHY, CAMPBELL, GUTHRIE & ALLISTON

13

14                                 By: _____/s/_____

15                                     George A. Guthrie
                                       Attorneys for Defendant
16

17  IT IS SO ORDERED.

18      The currently set Case Management Conference is hereby continued to

19  ___December 19, 2008_____  at  ____1:30 p.m._____.  All related deadlines are extended

20  accordingly.

21

22

23
    Date: _____       _____
24      October 27, 2008
                                           United States District Court Judge
25

26

27

28

P:\CLIENTS\OE3CL\Ryan McClure Excavation\Pleadings\C08-2403 JSW CMC Continuation Request 102408.DOC