Muriel B. Kaplan, Esq. (SBN 124607)
Shaamini A. Babu, Esq. (SBN 230704)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
sbabu@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, et al., <br><br> Plaintiffs, <br> v. <br><br> RYAN McCLURE EXCAVATION, INC. <br><br> Defendant. | Case No.: C08-2403 JSW <br><br> **REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND ORDER THEREON** <br> Date: December 19, 2008 <br> Time: 1:30 p.m. <br> Ctrm: 2, 17th Floor <br> Judge: The Honorable Jeffrey S. White |

Saltzman & Johnson Law Corporation is counsel for Plaintiffs GIL CROSTHWAITE, et al. ("Plaintiffs"). Defendant Ryan McClure Excavation, Inc. ("Defendant") has not yet appeared in this action.

In July 2008, Defendant's counsel provided documents related to this action to Plaintiffs' counsel. In an effort to have sufficient opportunity to review the documents and meet and confer with Defendant's counsel, Plaintiffs' counsel requested a continuance of the Case Management Conference. After analyzing said documents, Plaintiffs' counsel requested additional documents in October 2008 which were believed to be in Defendant's possession and thus, counsel for the parties requested a continuance of the Case Management Conference.

On December 8, 2008, Defendant produced additional documents for review by Plaintiffs' counsel. Plaintiffs' counsel is still in the process of reviewing said documents and the parties will require sufficient time to discuss the pending claims in light of the additional information that has recently been provided. The parties expect that the additional information will assist in resolving

REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE
Case No.: C08-02403 JSW

1   the dispute between the parties regarding the balance owed by the Defendant to Plaintiffs.
2   Plaintiffs anticipate that Defendant will either provide payment in a sum agreed to by the parties or
3   enter into a stipulated judgment consisting of a payment plan.

4       Based on the foregoing, the parties respectfully request that the Case Management
5   Conference, currently scheduled for December 19, 2008, be continued for approximately sixty
6   (60) days to allow the parties ample opportunity to resolve their differences. It is furthermore
7   requested that all previously set deadlines and dates related to this case be continued as well.

8       I declare under penalty of perjury that I am the attorney for the plaintiffs in the above
9   entitled action, and that the foregoing is true of my own knowledge.

10      Executed this 12th day of December, 2008, at San Francisco, California.

11                       SALTZMAN & JOHNSON
12                       LAW CORPORATION

14                  By: _____/s/_____
                      Shaamini A. Babu
15                       Attorneys for Plaintiffs

17                  MURPHY, CAMPBELL, GUTHRIE & ALLISTON

19                 By: _____/s/_____
                      George A. Guthrie
20                       Attorneys for Defendant

21   IT IS SO ORDERED.

22       The currently set Case Management Conference is hereby continued to
23   __February 27, 2009__ at __1:30 p.m.__. All related deadlines are extended
24   accordingly.

26   Date: __December 16, 2008__ _____/s/ Jeffrey S. White_____
27                                     United States District Court Judge

28

REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE
Case No.: C08-02403 JSW