Muriel B. Kaplan, Esq. (SBN 124607)
Shaamini A. Babu, Esq. (SBN 230704)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
sbabu@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, et al., | Case No.: C08-2403 JSW |
| Plaintiffs, | **REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; AND DECLARATION OF SHAAMINI A. BABU IN SUPPORT THEREOF** |
| v. | |
| RYAN McCLURE EXCAVATION, INC. | |
| Defendant. | Date:     February 27, 2009<br>Time:    1:30 p.m.<br>Ctrm:   2, 17th Floor<br>Judge:  The Honorable Jeffrey S. White |

1.      This action was filed on May 9, 2008, to recover delinquent fringe benefit contributions pursuant to the Employee Retirement Income Security Act of 1974 (ERISA).

2.      Saltzman & Johnson Law Corporation is counsel for Plaintiffs Gil Crosthwaite, et al. ("Plaintiffs").  Defendant Ryan McClure Excavation, Inc. ("Defendant") is represented by legal counsel Murphy, Campbell, Guthrie & Alliston, but Defendant has not yet appeared in this action.

3.      In July 2008, and again on December 8, 2008, Defendant's counsel provided relevant documents to Plaintiffs' counsel that established certain amounts owed by Defendant.  In order to have sufficient opportunity to review the documents and meet and confer with Defendant's counsel, Plaintiffs' counsel requested continuances of the Case Management Conference.

4.      On January 15, 2009, Defendant's counsel notified Plaintiffs' counsel in writing that it recently learned that Defendant's corporate status had been "suspended" and that pursuant

1  to Revenue and Taxation Code §23301 and California Corporations Code §2205, the corporate

2  powers, rights, privileges of Defendant had been suspended thereby prohibiting Defendant from

3  defending itself in litigation.

4       5.     On January 20, 2009, Plaintiffs' counsel requested additional relevant documents

5  from Defendant which have not been provided to date.

6       6.     On February 17, 2009, Plaintiffs counsel notified Defendant's counsel that

7  Defendant must file an Answer before February 20, 2009.  Defendant's counsel advised Plaintiffs'

8  counsel that Defendant will not have revived its corporate status from "suspended" to "active" by

9  that time and cannot appear in the action until Defendant's corporate status was "active."

10  Defendant's counsel could not provide a date certain when Defendant's corporate status would

11  become "active" and thus, Plaintiffs' counsel advised Defendant's counsel that Plaintiffs will

12  proceed to Request Entry of Default and thereafter, file a Motion for Default Judgment.

13       7.     Plaintiffs' Request for Entry of Default was filed with the Court today.

14       8.     Plaintiffs are attempting to obtain additional information relevant to their Motion

15  for Default Judgment from other sources and will file said motion upon completion of their

16  investigations.

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28

1       9.    Based on the foregoing, the parties respectfully request that the Case Management

2  Conference, currently scheduled for February 27, 2009, be continued for approximately sixty (60)

3  days to allow Plaintiffs sufficient opportunity to gather necessary information and prepare their

4  Motion for Default Judgment.  It is furthermore requested that all previously set deadlines and

5  dates related to this case be continued as well.

6      I declare under penalty of perjury that I am the attorney for the plaintiffs in the above

7  entitled action, and that the foregoing is true of my own knowledge.

8      Executed this 18th day of February, 2009, at San Francisco, California.

9                          SALTZMAN & JOHNSON
                           LAW CORPORATION

10

11                          By: _____/s/_____

12                            Shaamini A. Babu
                             Attorneys for Plaintiffs

13

14  IT IS SO ORDERED.

15      The currently set Case Management Conference is hereby continued to

16  __ May 1, 2009 _____ at _____ 1:30 p.m. . All related deadlines are extended

17  accordingly.

18

19  Date: __ February 24, 2009 _____ _____

20                      United States District Court Judge

21

22

23

24

25

26

27

28