Muriel B. Kaplan, Esq. (SBN 124607)
Shaamini A. Babu, Esq. (SBN 230704)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
sbabu@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>RYAN McCLURE EXCAVATION, INC.<br><br>    Defendant. | Case No.: C08-2403 JSW<br><br>**REQUEST TO VACATE, or in the alternative CONTINUE, CASE MANAGEMENT CONFERENCE; AND DECLARATION OF SHAAMINI A. BABU IN SUPPORT THEREOF**<br><br>Date:   May 1, 2009<br>Time:  1:30 p.m.<br>Ctrm:  2, 17th Floor<br>Judge: The Honorable Jeffrey S. White |

    1.    This action was filed on May 9, 2008, to recover delinquent fringe benefit contributions pursuant to the Employee Retirement Income Security Act of 1974 (ERISA).

    2.    Saltzman & Johnson Law Corporation is counsel for Plaintiffs Gil Crosthwaite, et al. ("Plaintiffs").  Defendant Ryan McClure Excavation, Inc. ("Defendant") is represented by legal counsel Murphy, Campbell, Guthrie & Alliston, but Defendant has not yet appeared in this action.

    3.    Defendant's counsel previously provided relevant documents to Plaintiffs' counsel that established certain amounts owed by Defendant.

    4.    On January 15, 2009, Defendant's counsel notified Plaintiffs' counsel in writing that Defendant's corporate status had been "suspended" and that pursuant to Revenue and Taxation Code §23301 and California Corporations Code §2205, the corporate powers, rights, privileges of Defendant had been suspended thereby prohibiting Defendant from defending itself.

    5.    On February 17, 2009, Plaintiffs counsel notified Defendant's counsel that

-1-
**REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**
**Case No.: C08-02403 JSW**

P:\CLIENTS\OE3CL\Ryan McClure Excavation\Pleadings\C08-2403 JSW CMC Continuation Request 042409.DOC

1  Defendant must file an Answer by February 20, 2009, which Defendant did not file.

2        6.      The Clerk entered Defendant's Default on February 23, 2009.

3        7.      Plaintiffs' counsel has prepared a Motion for Default Judgment and is in the process of obtaining executed declarations in support of the motion. **The Motion for Default Judgment will be filed by May 1, 2009.**

      8.      Based on the foregoing, Plaintiffs respectfully request the Court to vacate the Case Management Conference currently calendared for May 1, 2009. Alternatively, Plaintiffs request the Court to continue the Case Management Conference if necessary, and request that all previously set deadlines and dates related to this case be continued as well.

I declare under penalty of perjury that I am the attorney for the plaintiffs in the above entitled action, and that the foregoing is true of my own knowledge.

Executed this 24th day of April, 2009, at San Francisco, California.

                      SALTZMAN & JOHNSON
                      LAW CORPORATION

                      By: _____/s/_____
                           Shaamini A. Babu
                           Attorneys for Plaintiffs

IT IS SO ORDERED.

The currently calendared Case Management Conference is hereby vacated. and RESET to July 10, 2009 at 1:30 p.m.

Date: __April 29, 2009_____    _____/s/ Jeffrey S White_____
                                             United States District Court Judge