IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GIL CROSTHWAITE, ET AL.,

    Plaintiffs,

v.

RYAN McCLURE EXCAVATION, INC.,

    Defendant.
                                      /

No. C 08-02403 JSW

**ORDER REFERRING MOTION FOR DEFAULT JUDGMENT TO MAGISTRATE JUDGE**

On April 29, 2009, Plaintiffs filed a motion for default judgment against Defendant Ryan McClure Excavation, Inc. and noticed it for hearing on June 5, 2009. Pursuant to Northern District Civil Local Rule 72-1, the Court HEREBY REFERS the motion to a randomly assigned Magistrate Judge to prepare a report and recommendation on the motion. The hearing date set for June 5, 2009 is VACATED. If you do not hear from the Court regarding an assignment to a Magistrate Judge within 14 days, please contact this Court's Courtroom Deputy, Jennifer Ottolini at 415-522-4173.

**IT IS SO ORDERED.**

Dated: April 29, 2009

                                                JEFFREY S. WHITE
                                               UNITED STATES DISTRICT JUDGE

cc: Wings Hom