1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10

11  GIL CROSTHWAITE, et al.,        )
                                    )
12              Plaintiff(s),       )      No. C08-2403 JSW (BZ)
                                    )
13       v.                         )      **ORDER SCHEDULING DEFAULT**
                                    )      **JUDGMENT HEARING**
14  RYAN MCCLURE EXCAVATION,        )
    INC.,                           )
15                                  )
                Defendant(s).       )
16  _____ )

17       It is **HEREBY ORDERED** that a hearing on plaintiffs'

18  application for default judgment is scheduled for **Wednesday,**

19  **June 24, 2009 at 10:00 a.m.** in Courtroom G, 15th Floor, 450

20  Golden Gate Avenue, San Francisco, California, 94102.

21       Claims for attorneys' fees should be supported by billing

22  records.  Compliance with 50 App. U.S.C. § 501 et seq. of the

23  Servicemembers' Civil Relief Act may not be satisfied on

24  information and belief.  See 50 App. U.S.C. § 521(b)(1);

25  United States v. Simmons, 508 F.Supp. 552 (E.D. Tenn.

26  1980)(interpreting 50 App. U.S.C. § 520(1), predecessor to 50

27  App. U.S.C. § 521(b)(1)).  The public website

28  https://www.dmdc.osd.mil/scra/owa/home will provide the

                                    1

1   current active military status of an individual and has

2   instructions on obtaining certificates of service or non-

3   service under the Servicemembers' Civil Relief Act.

4        Plaintiffs should be prepared to prove their damages by

5   competent testimony or other admissible evidence.  If

6   plaintiffs intend to prove damages by affidavits or

7   declarations, the affiant or declarant should have personal

8   knowledge of all matters to which she testifies.  For all

9   evidence, proper foundations must be established.  For an

10  explanation of the evidentiary requirements for proving

11  damages in a default case, the parties are encouraged to

12  consult Chapter Six of <u>Civil Procedure Before Trial</u> by William

13  W. Schwarzer, A. Wallace Tashima, and James M. Wagstaffe.

14       Defendant should attend the hearing if it contests the

15  validity or amount of plaintiffs' claim.  Seven days before

16  the hearing, on **Wednesday, June 17, 2009**, plaintiffs shall

17  file a declaration setting forth in detail all steps taken to

18  serve defendant with notice of this hearing.

19  Dated: May 4, 2009

20

21  _____
                    Bernard Zimmerman

22                  United States Magistrate Judge

23
    G:\BZALL\-REFS\CROSTHWAITE\ORDER SCH DEFAULT JUD HEARING.wpd

24

25

26

27

28

                                  2